UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAHA MACK, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>EDGEWELL PERSONAL CARE COMPANY,<br><br>                Defendant. | Case No. 3:23-cv-00837-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable Araceli Martínez-Olguín to determine whether it is related to *Lowe v. Edgewell Personal Care Company,* No. 23-cv-00834-AMO. Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: July 17, 2023

_____
JAMES DONATO
United States District Judge